ARCHIBALD LIFSCHITZ, Doing Business under the Firm Name and Style of A. LIFSCHITZ & SONS, and THE O-GAS-CO. SALES CORPORATION, Respondents, v. MILLARD SNYDER, Individually and as Town Superintendent of Highways of the Town of Rotterdam, New York, Appellant.— In the interest of justice and in the exercise of discretion the judgment is modified by striking out all provisions making the injunction permanent, and as so modified is affirmed, without costs. The court disapproves of conclusions of law numbered first, second, third, sixth, ninth and tenth, as unnecessary to its decision and strikes out the word " permanently " in the eighth conclusion. This disapproval is without prejudice to either party should conditions so materially change as to show that the constructions complained of are actual obstructions to public travel upon the street. The court modifies the fortieth finding of fact to read as follows: That the constructions referred to in the notice served by the said town superintendent of highways on August 8, 1931, are an encroachment but do not now constitute an obstruction which interferes with the ordinary uses of the street. Opinion by Van Kirk, P. J. (not to be published, not being of general interest). All concur. McNamee, J., not voting.

# FOURTH DEPARTMENT, SEPTEMBER, 1932.

COMMERCIAL INVESTMENT TRUST, INCORPORATED, Appellant, v. A. L. PEARSON, Respondent.

PER CURIAM. The evidence shows that plaintiff was a holder of the promissory notes in due course for the reason that it became the owner and holder of same on October 6, 1928, for value, before maturity and no breach of the " guarantee " occurred until after the date mentioned. (*Tradesmen's National Bank* v. *Curtis*, 167 N. Y. 194; *Pellegrino* v. *First National Bank of Newark, N. Y.*, 210 App. Div. 584.) Findings of fact Nos. VI, VII, VIII, IX and X and conclusion of law No. 1 are disapproved and reversed and new findings and conclusion made. All concur. Judgment reversed on the law and facts, with costs, and judgment directed for the plaintiff for the amount demanded in the complaint, with costs. [141 Misc. 78.]